**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 10-57440 |
| Donald Jr. And Tracy Bivens } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

My Former Mailing Address was:

Name:        Donald Jr. And Tracy Bivens

Street:        1262 Treehaven Lane

City, State, Zip: Columbus, OH 43204

**Please be advised that effective January 29th, 2015
my new mailing address is:**

Name:        **Donald Jr. And Tracy Bivens**

Street:        **20360 Five Points Pk**

City, State ,Zip: **Williamsport, OH 43164**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on January 29th, 2015 to the following:
**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Donald Jr. And Tracy Bivens
20360 Five Points Pk
Williamsport, OH 43164

                                        Respectfully Submitted,

                                        /s/ Erin Schrader
                                        Erin Schrader (0078078)
                                        5 East Long Street
                                        Suite 300
                                        Columbus, Ohio 43215
                                        (614) 228-4480